# Third District Court of Appeal

## State of Florida

Opinion filed January 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1038
Lower Tribunal No. 17-20857
_____

**Eliezer Taveras,**
Appellant,

vs.

**U.S. Bank, N.A.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Eliezer Taveras,  in proper person.

Bryan Cave Leighton Paisner LLP, and W. Bard Brockman and Ezequiel J. Romero, for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed. See Rivas v. Bank of New York Mellon, 244 So. 3d 334, 335 (Fla. 4th DCA 2018) ("The appellant may not attack the underlying foreclosure judgment through appeal of an order granting possession of the property after sale.").